UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Henry C., | Case No.: 5:23-cv-00730-SHK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $1,000.00 and $402.00 in costs.

**IT IS SO ORDERED**.

DATED: 8/4/2023

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE